1
2  UNITED STATES DISTRICT COURT
3  NORTHERN DISTRICT OF CALIFORNIA
4  SAN FRANCISCO DIVISION

5  UNITED STATES OF AMERICA            **ORDER**

6            v.
                                       No. CR 11-00795 CRB
7  GARY ANDERSON,
8                   Defendant.

9
10 UNITED STATES OF AMERICA
11            v.                       No. CR 11-00796 CRB
12 PATRICK CAMPION,
13                  Defendant.

14
15 UNITED STATES OF AMERICA
16            v.                       No. CR 11-00797 CRB
17 JAMES DOHERTY,
18                  Defendant.

19
20 UNITED STATES OF AMERICA
21            v.                       No. CR 11-00798 CRB
22 KEITH GOODMAN,
23                  Defendant.

24
25 UNITED STATES OF AMERICA
26            v.                       No. CR 11-00799 CRB
27 CRAIG LIPTON,
28                  Defendant.

ORDER TO
CONTINUE STATUS                        1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY KENT,<br>　　　　　　　Defendant. | No. CR 11-00800 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAITH SALMA,<br>　　　　　　　Defendant. | No. CR 11-00801 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HENRI PESSAH,<br>　　　　　　　Defendant. | No. CR 11-00802 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW WORTHING,<br>　　　　　　　Defendant. | No. CR 12-00300 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYDIA FONG,<br>　　　　　　　Defendant. | No. CR 12-00301 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORMAN MONTALVO,<br>　　　　　　　Defendant. | No. CR 12-00785 CRB |

ORDER TO
CONTINUE STATUS                              2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GILBERT CHUNG,<br>                  Defendant. | No. CR 13-00069 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED REZAIAN,<br>                  Defendant. | No. CR 13-00246 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT WILLIAMS,<br>                  Defendant. | No. CR 13-00388 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL ROSENBLEDT,<br>                  Defendant. | No. CR 13-00587 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>KUO HSUAN "CHUCK" CHANG,<br>                  Defendant. | No. CR 13-00670 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL NAVONE,<br>                  Defendant. | No. CR 13-00804 CRB |

ORDER TO
CONTINUE STATUS                                3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FLORENCE FUNG,<br>                Defendant. | No. CR 13-00805 CRB |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the November 16, 2016 status hearings in the above-captioned matters are continued to March 22, 2017 at 2:00 p.m.

DATED:  November 8, 2016

_____
THE HONORABLE CHARLES R. BREYER
United States Senior District Judge

ORDER TO
CONTINUE STATUS                         4